# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-02003 |
| GEORGE NARANJO, ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| _____ ) | |
| ) | |
| ANGEL MARTINEZ, ) | Adv. No. 23-00124 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge David D. Cleary |
| GEORGE NARANJO, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED DISCOVERY ORDER

This matter having come before the Court on April 2, 2025, pursuant to Federal Rule of Bankruptcy Procedure 7016, and the parties having agreed to the terms set forth herein, the Court hereby ORDERS as follows:

1. **Initial Disclosures**. The parties shall exchange initial disclosures by April 8, 2025.

2. **Discovery Deadline**. All discovery, including depositions, interrogatories, requests for production, and requests for admission, shall be completed by August 31, 2025.

3. **Expert Witness Disclosures**. Plaintiff shall disclose expert witnesses and provide expert reports by June 30, 2025. Defendant shall disclose expert witnesses and provide expert reports by June 30, 2025. Any rebuttal expert reports shall be disclosed by July 31, 2025.

4. **Discovery Motions**. All motions related to discovery shall be filed no later than July 31, 2025, which is prior to the discovery deadline of August 31, 2025, to allow for resolution before the close of discovery.

5. **Depositions**. Depositions shall be scheduled at mutually agreeable times and locations, but no later than the discovery deadline stated above.

6. **Supplementation of Discovery Responses**. The parties shall supplement their discovery responses in accordance with Federal Rule of Civil Procedure 26(e).

7. **Pretrial Conference**. A pretrial conference is set for September 24, 2025, at 10:30 a.m. (CT) in Judge Cleary's courtroom of the United States Bankruptcy Court for the Northern District of Illinois.

8. **Disputes**. The parties shall meet and confer should any discovery disputes arise before seeking court intervention.

9. **Modification**. Any party seeking modification of this order must file a motion showing good cause before the expiration of the deadlines established herein.

**IT IS SO ORDERED.**

Dated: April __, 2025                                        ENTERED:
       Chicago, Illinois

                                                                             _____
                                                                            DAVID D. CLEARY
                                                                            United States Bankruptcy Judge

(*Signature page follows*)

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| **GEORGE NARANJO**, | **ANGEL MARTINEZ**, |
| By His Counsel,<br>JENNER & BLOCK LLP | By His Counsel,<br>ANTHONY J. PERAICA & ASSOCIATES, LTD. |
| <u>*/s/ Vincent E. Lazar*</u><br>Vincent E. Lazar<br>Brian S. Bornhoft<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>(312) 222-9350<br>vlazar@jenner.com<br>bbornhoft@jenner.com | <u>*/s/ Stephen F. Boulton*</u><br>Anthony J. Peraica<br>Stephen F. Boulton<br>5130 S. Archer Avenue<br>Chicago, Illinois 60632<br>(773) 735-1700<br>support@peraica.com |
| Dated: Chicago, Illinois,<br>April 2, 2025 | Dated: Chicago, Illinois,<br>April 2, 2025 |